| | |
|---|---|
| 1 | KELLEY DRYE & WARREN LLP<br>Lauri A. Mazzuchetti (*pro hac vice*)<br>One Jefferson Road, 2nd Floor<br>Parsippany, New Jersey 07054<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>lmazzuchetti@kelleydrye.com |
| 2 | |
| 3 | |
| 4 | |
| 5 | KELLEY DRYE & WARREN LLP<br>Lee S. Brenner (STATE BAR NO. 180235)<br>Catherine D. Lee (STATE BAR NO. 258550)<br>10100 Santa Monica Boulevard, 23rd Floor<br>Los Angeles, California 90067<br>Telephone: (310) 712-6100<br>Facsimile: (310) 712-6199<br>lbrenner@kelleydrye.com<br>clee@kelleydrye.com |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Attorneys for Defendants Cerner Corporation and Cerner Healthcare Solutions, Inc. |

```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  Mar 9, 2015

         CENTRAL DISTRICT OF CALIFORNIA
         BY:      PMC       DEPUTY
```

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARI-MINA PHARMACEUTICALS, INC. dba DEL'S PHARMACY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>CERNER CORPORATION; CERNER ETREBY – GARDEN GROVE; CERNER HEALTHCARE SOLUTIONS, INC.; and DOES 1 -25, inclusive,<br><br>                    Defendants | Case No.: 5:14-cv-01249-SVW-JC<br><br>Hon. Stephen V. Wilson<br><br>[PROPOSED] ORDER APPROVING JOINT STIPULATION RE: DISMISSAL WITH PREJUDICE<br><br>Complaint Filed:   Mar. 13, 2014<br>Case Removed:    June 19, 2014<br>FAC Filed:          Aug. 6, 2014 |

[PROPOSED] ORDER APPROVING JOINT STIPULATION RE: DISMISSAL WITH PREJUDICE

546674

# [PROPOSED] ORDER

Pursuant to the joint stipulation of Plaintiff Mari-Mina Pharmaceuticals, Inc. ("Plaintiff") and Defendants Cerner Corporation and Cerner Healthcare Solutions, Inc. ("Defendants"), and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that dismissal of Plaintiff's First Amended Complaint is approved, with prejudice.

DATED: March 9, 2015

_____
Hon. Stephen V. Wilson
United States District Court Judge

546674